454 A.2d 178

Commonwealth v. Laughman, Appellant.

Submitted June 24, 1981. H. Stanley Rebert, Public Defender, for appellant; Harry M. Ness, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.